UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA MONACO,  Case No. 06-07021 MJJ (JCS)

    Plaintiff(s),

  v.  **ORDER TO APPEAR ON FEBRUARY 1, 2008, AT 9:30 AM BEFORE JUDGE SPERO**

LIBERTY LIFE ASSURANCE CO,

    Defendant(s).
_____/

On January 23, 2008, Defendant's filed a letter that has been construed as a Motion to Compel Production of Documents [docket no. 111].

IT IS HEREBY ORDERED that lead trial counsel for Plaintiff, Plaintiff Regina Monaco, and lead trial counsel for Defendant, shall appear, **in person, on Friday, February 1, 2008, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, at 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, CA. The parties are ordered to bring a laptop computer in case there needs to be any drafting of releases, and a flash drive to print any negotiated releases.

IT IS SO ORDERED.

Dated: January 31, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge