UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA MONACO,

        Plaintiff(s),

    v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL.,

        Defendant(s).

Case No. C-06-07021 MJJ (JCS)

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Docket No. 111]**

On January 23, 2008, Defendants filed a letter that has been construed as a Motion to Compel Production of Documents [Docket No. 111] (the "Motion").

On February 1, 2008, a hearing was held on the Motion. Charles Murray Miller, counsel for Plaintiff, and Plaintiff Regina Monaco, appeared. John Rowland and Robert Forni, Jr., counsel for Defendants, appeared.

IT IS HEREBY ORDERED that the Motion is GRANTED, and Plaintiff Regina Monaco is ordered to execute all releases, other than the tax release, in the form posed by Defendants, with no alterations. The 1999 tax return shall be obtained from Texas counsel or from Mr. Mayor. The tax returns shall be produced on an "Attorneys' Eyes Only" basis and maybe disclosed to outside counsel, employees of counsel, experts, consultants, and court reporters. The parties shall submit an Amended Protective Order.

IT IS SO ORDERED.

Dated: February 4, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge