United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA MONACO,

Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL.,

Defendant(s).
_________________________________________/

No. C-06-07021 PJH (JCS)

**NOTICE OF REFERENCE; TIME, DATE AND PLACE OF HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of Non-Party United Revenue Service, Inc.'s Motion to Quash Subpoena (the "Motion") [Docket No. 134].

The hearing on the Motion has been set for **March 21, 2008, at 1:30 p.m.** The opposition shall be filed **no later than March 14, 2008**. No reply shall be permitted.

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

All documents shall be filed in compliance with Civil L.R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L.R. 37-3.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: March 10, 2008

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California