# *United Revenue Service, Inc.*

**Boston Metro Area**
180 Wells Avenue – Suite 101B, Newton, MA 02459
Tel: (617) 244-4260 / Fax: (617) 244-0194
nanjomi@taxcutadvice.com

March 13, 2008

BY ECF FILING

United States District Court
Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Monaco v. Liberty Life Assurance Company of Boston.
               Case No.: C-06-07021 MJJ (JCS)

Dear Honorable Joseph C. Spero:

I write to petition the Court to allow for me to appear telephonically at Non-Party United Revenue Service, Inc's Motion To Quash Subpoena, Or In The Alternative, Order Compliance With Subpoena, currently scheduled for March 21, 2008 at 1:30 p.m.

The request is based on the fact that my appearance in San Francisco would be impractical.  Yesterday, I spoke with Robert Forni, attorney for Defendants, and brought up stipulating to have this Motion submitted on the papers. Attorney Forni rejected the proposal. Therefore, an appearance will be necessary.

If my petition is granted, I may be reached at (617) 244-4260.

                                                  Very truly yours,

                                                  /s/ Nieve Anjomi

                                                  Nieve Anjomi

Dated:  March 13, 2008

