**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA MONACO,                                   Case No. C06-07021 PJH (JCS)

        Plaintiff(s),

    v.                                           **ORDER TO MEET AND CONFER AND
PAGE LIMITATION ON FUTURE
DISCOVERY DISPUTES**

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, ET AL.,

        Defendant(s).

_____/

On March 14, 2008, a telephonic status conference was held regarding Defendant's letter regarding a discovery dispute, which the Court construed as a Motion to Compel (the "Motion").

IT IS HEREBY ORDERED that the parties shall meet and confer, **in person**, to resolve the remaining discovery disputes in the Motion. The parties shall provide a detailed Joint Letter, limited to five (5) pages in length, to the Court by **March 28, 2008.** This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

IT IS HEREBY FURTHER ORDERED that future joint discovery letters are limited to a total of five (5) pages in length.

IT IS SO ORDERED.

Dated: March 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge