UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MONACO,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, ET AL.,<br><br>        Defendant(s).<br>_____/ | Case No. C-06-07021 PJH (JCS)<br><br>**ORDER RE JOINT LETTER**<br>**[Docket No. 157]** |

The parties have filed a joint letter dated April 11, 2008. In the joint letter, Defendants seek certain additional discovery responses and documents (the "Motion"). Good cause appearing, IT IS HEREBY ORDERED as follows:

1. On the date set forth below, Plaintiff shall state, under oath, the total amount of attorney's fees and costs that she seeks to recover as damages at the trial in this case.

2. Plaintiff's counsel shall produce all records of (1) costs incurred, and (2) attorney's fees incurred by Plaintiff and time spent by counsel for Plaintiff on services for which Plaintiff seeks a recovery of attorney's fees in this matter. These documents include, but are not limited to, invoices and all time records. Plaintiff's counsel may redact from these records any material protected by the attorney-client privilege or the attorney work product doctrine.

3. Plaintiff shall state under oath as of the response date set forth below, separately, the total amount of (1) past due policy benefits, and (2) future policy benefits, which she seeks to recover in this case. Plaintiff shall also state under oath how each amount was calculated.

1      4.    Plaintiff shall produce the documents, and statements under oath, required by this order, **not later than April 25, 2008**.

    5.    Except as expressly ordered, the Motion is DENIED.

IT IS SO ORDERED.

Dated: April 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2