1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Third Floor
3  Redwood City, California 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   E-mail: pcogan@ropers.com, rforni@ropers.com
5
   JOHN A. ROWLAND (SBN 43862)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
7  San Francisco, California 94105
   Telephone: (415) 543-4800
8  Facsimile: (415) 274-6301
   E-mail: jrowland@ropers.com
9
   Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY
10 OF BOSTON and LIBERTY MUTUAL INSURANCE COMPANY

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | REGINA MONACO, an individual,        | CASE NO. C06-07021 PJH (JCS)
15 |            Plaintiffs,                | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**
16 | v.                                    |
17 | LIBERTY LIFE ASSURANCE
18 | COMPANY OF BOSTON, LIBERTY
   | MUTUAL INSURANCE COMPANY, and
   | DOES 1 through 50 inclusive,
19 |
20 |            Defendants.

21      **IT IS HEREBY STIPULATED** by and between REGINA MONACO and Defendants,

22 LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL

23 INSURANCE COMPANY, by and through their attorneys of record, that the above-captioned

24 action be dismissed with prejudice as to all Defendants. Each party shall bear its own fees and

25 \ \ \ \

26 \ \ \ \

27 \ \ \ \

28 \ \ \ \

RCI/5139739.1/RMF

ORDER OF DISMISSAL OF ACTION
CASE NO. C06-07021 PJH (JCS)

1 | costs.

**IT IS SO STIPULATED.**

Dated: June ~~July~~ 17, 2008        FRIEDMAN RUBIN & WHITE

By: _____
KENNETH R. FRIEDMAN
JAMES A. HERTZ
Attorneys for Plaintiff, REGINA MONACO

Dated: ~~June~~ July 17, 2008        INSURANCE LAW CENTER

By: _____
CHARLES M. MILLER
Attorneys for Plaintiff, REGINA MONACO

Dated: ~~February~~ July 18, 2008   ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
JOHN A. ROWLAND
ROBERT M. FORNI, JR.
Attorneys for Defendants, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON and
LIBERTY MUTUAL INSURANCE COMPANY

### ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs

**IT IS SO ORDERED.**

Dated: 7/21/08

*IT IS SO ORDERED*
[signature]
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

RC1/5139739.1/RMF                                ORDER OF DISMISSAL OF ACTION
                                                 CASE NO. C06-07021 PJH (JCS)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City